IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01511-PAB

GLENN McMINN,

    Plaintiff,

v.

S.C.O. ROBERT DODSON and
AL (JOHN DOE), last name unknown at this time, employed as truck driver by Bent County Recycling,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -8 2011

GREGORY C. LANGHAM
CLERK

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on review of the file. It is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED August 5, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01511-PAB-KMT

Glenn McMinn
Prisoner No. 149312
Fort Lyon Correctional Facility
PO Box 1000
Fort Lyon, CO 81083

US Marshal Service
Service Clerk
Service forms for: Al (John Doe)

Doris Cody – **CERTIFIED**
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573
**SERVICE DOCUMENTS FOR:**
**S.C.O. Robert Dodson**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Doris Cody for service of process on S.C.O. Robert Dodson, to the United States Marshal Service for service of process on and Al (John Doe): AMENDED COMPLAINT FILED 7/27/11, ORDER FILED 8/03/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  8/8/11  .

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk