IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01511–PAB–KMT

GLENN McMINN,

    Plaintiff,

v.

S.C.O. ROBERT DODSON,
AL (John Doe), last name unknown at this time), employed as truck driver by Bent County Recycling,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion to Ammend [sic] and Reinstate" (Doc. 22, filed September 15, 2011) and "Motion to Ammend [sic] and Reinstate" (Doc. No. 25, filed September 16, 2010). In Document 22, Plaintiff seeks leave to add new defendants. He attaches an incomplete proposed amended complaint to the motion. In Document 25, Plaintiff seeks leave add additional new defendants. He attaches another incomplete proposed amended complaint to the motion.

It is unclear whether Plaintiff's second motion to amend, Doc. No. 25, replaces his first motion to amend, Doc. No. 22, or whether Plaintiff intends to make all of the amendments sought in both motions. Moreover, the proposed amended complaints are incomplete, and Plaintiff has not used the Court's Prisoner Complaint form in Doc. No. 25. As such, both motions (Doc. 22 and 25) are DENIED without prejudice. Plaintiff may file a <u>single</u> renewed motion to amend. The motion shall detail the proposed amendments and the reasons why such amendments are necessary. In addition, Plaintiff must attach the proposed amended complaint to the motion, using the Prisoner Complaint form. The proposed amended complaint must contain the complete caption, <u>all</u> of the plaintiff's claims, and <u>all</u> of the defendants against whom he wishes to assert claims. The Clerk of Court is directed to send Plaintiff a copy of the Court's Prisoner Complaint form.

Dated: September 19, 2011