IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01511–PAB–KMT

GLENN McMINN,

    Plaintiff,

v.

S.C.O. ROBERT DODSON,
AL (John Doe), last name unknown at this time), employed as truck driver by Bent County Recycling,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Release Names of Possible Defendants for this Civil Action" (Doc. No. 23, filed September 15, 2011) is DENIED. Bent County Recycling is not a defendant to this action, as it was dismissed on August 3, 2011. (*See* Doc. No. 9.) Additionally, Plaintiff is advised that, pursuant to Fed. R. Civ. P. 26(a)(1)(B)(iv), *pro se* actions brought by individuals in the custody of the United States, a state, or a state subdivision are a category of proceedings "exempt from initial disclosure." Fed. R. Civ. P. 26(a)(1)(B)(iv). Additionally, the local rules of this court provide that a scheduling order and orders for discovery are unnecessary in categories of proceedings listed in Fed. R. Civ. P. 26(a)(1)(B). D.C.COLO.LCivR 16.2.B.2. This court will determine at a later date when and if a scheduling conference will be set. However, the court declines to allow discovery prior to the entry of a scheduling order or discovery order.

Dated: September 19, 2011