IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01511–PAB–KMT

GLENN McMINN,

    Plaintiff,

v.

S.C.O. ROBERT DODSON,
AL (John Doe), last name unknown at this time), employed as truck driver by Bent County Recycling,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on Plaintiff's letters to the Court dated September 22, 2011,and October 3, 2011 (Doc. Nos. 32 and 35), construed by this court as motions for clarification. The motions for clarification are GRANTED.

Plaintiff inquires into the service of Defendant AL (John Doe). The United States Marshal cannot serve an unknown defendant. Therefore, if Plaintiff wishes to pursue his claims against Defendant AL John Doe, he must identify that person by name and provide an address at which the defendant can be served.

Dated: October 5, 2011