IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01511–PAB–KMT

GLENN McMINN,

    Plaintiff,

v.

S.C.O. ROBERT DODSON,
AL (John Doe), last name unknown at this time), employed as truck driver by Bent County Recycling,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's letter/motion to the court filed October 19, 2011 (Doc. No. 41) is GRANTED. The Clerk is directed to send Plaintiff copies of Docket Numbers 33 through 40.

Dated: October 21, 2011