IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01511–PAB–KMT

GLENN McMINN,

      Plaintiff,

v.

S.C.O. ROBERT DODSON,
AL (John Doe), last name unknown at this time), employed as truck driver by Bent County Recycling,

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Motion to Postponed [sic] Ruling on Defendants [sic] Dismissal Motion" (Doc. No. 54, filed November 23, 2011) is construed as a motion for extension of time for Plaintiff to file a response to Defendant Birt's Motion to Dismiss (Doc. No. 51). The Motion is GRANTED. Plaintiff shall file his response to Defendant Birt's Motion to Dismiss no later than December 27, 2011.

Dated: November 28, 2011