IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01511–PAB–KMT

GLENN McMINN,

    Plaintiff,

v.

S.C.O. ROBERT DODSON,
AL (John Doe), last name unknown at this time), employed as truck driver by Bent County Recycling,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Motion to Amend Defendants [sic] Name" (Doc. No. 53, filed November 23, 2011) is GRANTED. The caption shall be amended to substitute Defendant "Al (John Doe), last name unknown at this time), employed as truck driver by Bent County Recycling" with Defendant "Allen Birt."

Dated: December 2, 2011