IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01511–PAB–KMT

GLENN McMINN,

      Plaintiff,

v.

S.C.O. ROBERT DODSON, and
ALLEN BIRT,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Registry of Actions on Above Matter, and Status of Defendants [sic] Response to Document" #39" (Doc. No. 63, filed December 5, 2011) is GRANTED in part. The Clerk is directed to send Plaintiff a copy of the docket sheet for this matter.

Plaintiff may request a transcript of any hearings held before Magistrate Judge Tafoya by contacting Avery Woods Reporting at 455 Sherman St., #250, Denver, CO 80203.

Dated: December 13, 2011