IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01511-PAB-KMT

GLENN MCMINN,

    Plaintiff,

v.

S.C.O. ROBERT DODSON and
ALLEN BIRT

    Defendants.

---

**ORDER GRANTING DEFENDANT DODSON'S MOTION TO ALLOW DEPOSITION OF PLAINTIFF GLENN MCMINN PURSUANT TO FED. R. CIV. P. 30(a)(2)**

---

This matter comes before the Court on Defendant Dodson's Motion to Allow Deposition of Plaintiff Glenn McMinn Pursuant to Fed. R. Civ. P. 30(a)(2) (Doc No. 103, filed April 2, 2012).  The Court hereby Orders as follows:

The Motion is granted.  Defendant Dodson is hereby permitted to take the deposition of Plaintiff Glenn McMinn at the Crowley County Correctional Facility at a mutually convenient date and time for the facility and defense counsel.

Dated this 6th day of April, 2012.

BY THE COURT:

*/s/ Kathleen M. Tafoya*
Kathleen M. Tafoya
United States Magistrate Judge