IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01511–PAB–KMT

GLENN McMINN,

    Plaintiff,

v.

S.C.O. ROBERT DODSON, and
ALLEN BIRT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Clarify Plaintiff's Motions That Have Been Stricken" (Doc. No. 92, filed January 25, 2012) is GRANTED in part. Pursuant to D.C.COLO.LCivR 7.1, the court will consider only a motion, response, and reply. The court need not consider other briefing.

Plaintiff's "Motion for Information Regarding Filing Subpoenas" (Doc. No. 93, Filed January 25, 2012) is GRANTED in part. To the extent Plaintiff wishes to serve subpoenas, he must comply with Fed. R. Civ. P. 45.

To the extent that Plaintiff seeks further clarification of this court's orders, the court cannot provide Plaintiff with legal advice; notwithstanding his *pro se* status, Plaintiff must conduct his own legal research.

Dated: April 23, 2012