IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01511–PAB–KMT

GLENN McMINN,

     Plaintiff,

v.

S.C.O. ROBERT DODSON, and
ALLEN BIRT,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Clerk to Accept Filing" (Doc. No. 110, filed April 30, 2012) is GRANTED in part. "Plaintiff's Objections to Defendant Dodson's First Set of Interrogatories and Documents" (Doc. No. 99) is construed as a motion for protective order, and the Clerk is directed to correct the docket to reflect it as such. Defendant Dodson has filed his response (Doc. No. 102), and "Plaintiff's Objections to Defendant Dodson's First Set of Interrogatories, Documents and Forms" (Doc. No. 111) is construed as a reply. No further briefing on this matter will be considered.

A hearing on Plaintiff's Motion for Protective Order (Doc. No. 99) will be held in Courtroom C-201 on May 11, 2012, at 10:30 a.m. Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated: May 3, 2012