**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 11-cv-01511-PAB-KMT    FTR - Courtroom C-201

**Date:** May 11, 2012    Deputy Clerk, Nick Richards

GLENN McMINN,    Pro Se (by phone)

    Plaintiff,

v.

S.C.O. ROBERT DODSON, and    James Ryan Johnson
ALLEN BIRT,

    Defendants.

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING
Court in Session: 10:41 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Objections to Defendant Dodson's First Set of Interrogatories and Documents [Doc. No. 99, filed March 16, 2012]. Plaintiff's filing is categorized as a Motion for Protective Order.

It is **ORDERED**:    Plaintiff's Objections [99] are **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to Interrogatory Nos. 2 and 6 and Plaintiff does not need to supplement responses further. The motion is **DENIED** as to Interrogatory Nos. 1, 3, 4, 5, 7, 8, 11, 12, 13, 14, 15, 16, 17, 18, and 19, and Requests for Production of Documents which are associated with each interrogatory. Plaintiff must answer the interrogatories and produce any applicable documents on or before June 1, 2012. Any medical releases relating to pharmacy records at the Crowley County facility, inmate medical records and the inmate file must be <u>executed</u> by Plaintiff and submitted to Defendant on or before May 18, 2012.

Plaintiff will answer Interrogatory Nos. 5 and 7 with the modification that the date limitation will be for a five-year period from February 20, 2007 to February 20, 2012. The term "Illicit/illegal drugs" is stricken from Interrogatory No. 7 and plaintiff is not required to

        respond as to illicit or illegal drugs.

        Interrogatory Nos. 9 and 10 have already been answered by plaintiff and do not require further supplementation.

        Defense counsel shall file a proposed protective order to govern confidential documents produced as discovery in this matter.

It is **ORDERED**:    Plaintiff is granted an additional 10 interrogatories for a total of 35 interrogatories which he may propound on Defendants.

It is **ORDERED**:    Defendant shall provide all contact information for the court reporter present at plaintiff's deposition within 24 hours of this hearing.

**Court in Recess: 12:42 p.m.**
Hearing concluded.
Total In-Court Time    02:01

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.