IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01511–PAB–KMT

GLENN McMINN,

    Plaintiff,

v.

S.C.O. ROBERT DODSON, and
ALLEN BIRT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Review Phone Conference Held on October 28, 2011 Between Judge Tafoya, Defendant Attorney Kennedy, and Plaintiff" (Doc. No. 133, filed May 18, 2012) and Plaintiff's "Motion to Review Phone Conference Held on May 11, 2012, Between Judge Tafoya, Defendant Attorney Johnson, and Plaintiff" (Doc. No. 134, filed May 18, 2012) are DENIED as moot. All discovery deadlines set at the preliminary scheduling conference have passed, and thus there is no need for the plaintiff to review a CD from the preliminary scheduling conference. Likewise, the deadline for Plaintiff to respond to Defendant Dodson's Motion for Sanctions has passed, and Plaintiff already filed his response on June 7, 2012, apparently without need for a CD recording of the hearing at issue. Finally, the court mailed Plaintiff the courtroom minutes for both hearings.

Dated: August 28, 2012