IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01511–PAB–KMT

GLENN McMINN,

    Plaintiff,

v.

S.C.O. ROBERT DODSON, and
ALLEN BIRT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Ruling on Amendment" (Doc. No. 154, filed November 2, 2012) is DENIED as moot. This court issued its Order on May 8, 2012. The Clerk is directed to send Plaintiff a copy of the Order, Doc. No. 117.

Dated: November 5, 2012