**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01511-PAB-KMT

GLENN MCMINN,

    Plaintiff,

v.

S.C.O. ROBERT DODSON,
ALLEN BIRT,
C.C.A. (Corrections Corporation of America),
BENT COUNTY RECYCLING,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with all orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 161] of Judge Philip A. Brimmer entered on February 26, 2013 it is

ORDERED that Defendant Robert Dodson's Motion for Summary Judgment or, in the alternative, Motion to Dismiss [Docket No. 146] is GRANTED. All claims against defendant Dodson are dismissed without prejudice. Accordingly, final judgment is hereby entered in favor of the defendants and against Plaintiff Glenn McMinn. Plaintiff recovers nothing and the action is dismissed in its entirety.

Dated at Denver, Colorado, this ___27th___ day of February 2013.

                                              BY THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                              By: s/ Edward P. Butler
                                              Edward P. Butler, Deputy Clerk